## Wytheville.

### LAMBERT v. PHILLIPS & SON.

#### June 13, 1912.

1. APPEAL AND ERROR—*Conflicting Evidence—Verdicts—New Trial.*—
   Where the evidence in the trial court was conflicting, a verdict fairly
   rendered, under proper instructions of the court, will not be disturbed
   in this court.

Error to a judgment of the Circuit Court of the city of Richmond
in an action of *assumpsit.* Judgment for the defendant. Plain-
tiffs assign error.

*Affirmed.*

The opinion states the case.

*O'Flaherty & Fulton* and *William L. Royall,* for the plaintiffs in
error.

*John A. Lamb,* for the defendant in error.

HARRISON, J., delivered the opinion of the court.

This action to recover the value of certain work and materials
furnished by the plaintiffs, as plumbers, is before us for the second
time. *Lambert* v. *Phillips & Son,* 109 Va. 632, 64 S. E. 945.

At the former hearing the law applicable to the facts of the
case was fully and clearly stated, and the case remanded for a
new trial in accordance with the views then expressed.

With respect to the second trial, the record of which is now
before us for review, it is only necessary to say that, upon careful
consideration of the same, we find no error in the trial to the
prejudice of the plaintiff in error. The evidence before the
jury touching the right of the defendants in error to recover was

conflicting, and the case was fairly submitted in accordance with the law as already laid down by this court.    Under such circumstances, upon well-settled principles, the verdict of the jury cannot be disturbed, and the judgment complained of must, therefore, be affirmed.

*Affirmed.*